UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LISA SHERMAN**,

    Plaintiff,

vs.

**SPEEDWAY, LLC**, a foreign Limited Liability, Company, operating in Michigan,

    Defendant.

Case No. 21-cv-00063
Hon. Janet T. Neff

---

| | |
|---|---|
| DRIGGERS, SCHULTZ & HERBST<br>By:  MARK K. SCHWARTZ (P48058)<br>Attorney for Plaintiff<br>3331 W. Big Beaver Road, Suite 101<br>Troy, MI  48084<br>(248) 649-6000/(248) 649-6442 fax<br>MSchwartz@DriggersSchultz.com | MILLER, CANFIELD, PADDOCK and STONE, P.L.C.<br>By:     Amy M. Johnston (P51272)<br>        Stephen M. Ragatzki (P81952)<br>Attorneys for Defendant Speedway LLC<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 963-6420<br>johnston@millercanfield.com<br>ragatzki@millercanfield.com |

---

## NOTICE OF SERVICE OF PLAINTIFF LISA SHERMAN'S RESPONSES TO DEFENDANT'S FIRST SET OF DISCOVERY REQUESTS

Plaintiff, LISA SHERMAN, by and through her legal counsel, hereby gives notice that she served her Plaintiff's Responses to Defendant's First Set of Discovery Requests upon the Defendant on June 1, 2021, via electronic mail to johnston@millercanfield.com and ragatzki@millercanfield.com.

                Respectfully Submitted,

                DRIGGERS, SCHULTZ & HERBST

                By:*/s/  Mark Kelley Schwartz*
                MARK KELLEY SCHWARTZ (P48058)
                Attorney for Plaintiff
                3331 W. Big Beaver Road, Suite 101
                Troy, MI  48084
                (248) 649-6000/Facsimile:  (248) 649-6442
DATED: June 1, 2021          MSchwartz@DriggersSchultz.com

## CERTIFICATE OF SERVICE

     I hereby certify that on June 1, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Mark K. Schwartz*
                                        Driggers, Schultz & Herbst