# JOINT EXHIBIT 1

