# JOINT EXHIBIT 2



DEFENDANT'S EXHIBIT D 7.7.21 JT

LISA0126