# JOINT EXHIBIT 3



DEFENDANT'S EXHIBIT O
7.7.21 JF

LISA0119