# JOINT EXHIBIT 4



LISA0122