# JOINT EXHIBIT 5



LISA0123