# JOINT EXHIBIT 6



LISA0125