# JOINT EXHIBIT 7



DEFENDANT'S
EXHIBIT

S

7.7.24        JF

ALL-STATE LEGAL®

LISA0129