# JOINT EXHIBIT 8



LISA0131