# JOINT EXHIBIT 9

