# JOINT EXHIBIT 10



**DEFENDANT'S EXHIBIT**

V

7·7·21    JF

ALL-STATE LEGAL®

LISA0133