# JOINT EXHIBIT 11



LISA0134