# JOINT EXHIBIT 12

