# JOINT EXHIBIT 13

