# JOINT EXHIBIT 14

