# JOINT EXHIBIT 15

