# JOINT EXHIBIT 16



7/22/21

EXHIBIT NO. 2

CHARLES MURPHY

CS