# JOINT EXHIBIT 17




SPEEDWAY000009