# JOINT EXHIBIT 18



SPEEDWAY000010