# JOINT EXHIBIT 19





SPEEDWAY000011