# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LISA SHERMAN**,

    Plaintiff,

vs.

Case No. 21-cv-00063
Hon. Jane M. Beckering

**SPEEDWAY, LLC**, a foreign Limited Liability, Company, operating in Michigan,

    Defendant.

| | |
|---|---|
| DRIGGERS, SCHULTZ & HERBST<br>By: MARK K. SCHWARTZ (P48058)<br>Attorney for Plaintiff<br>3331 W. Big Beaver Road, Suite 101<br>Troy, MI 48084<br>(248) 649-6000/(248) 649-6442 fax<br>MSchwartz@DriggersSchultz.com | MILLER, CANFIELD, PADDOCK<br>and STONE, P.L.C.<br>By: Amy M. Johnston (P51272)<br>      Stephen M. Ragatzki (P81952)<br>Attorneys for Defendant Speedway LLC<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 963-6420<br>johnston@millercanfield.com<br>ragatzki@millercanfield.com |

## NOTICE OF APPEAL

Notice is hereby given that LISA SHERMAN, Plaintiff in the above referenced case, hereby Appeals to the United States Circuit Court for the Sixth Circuit from the Judgment dated May 23, 2022 [ECF 52], the Order Granting Defendant's Motion for

Summary Judgment entered in this action on May 23, 2022 [ECF 51], and from all other rulings, decisions, and orders adverse to Plaintiff-Appellant.

>Respectfully Submitted,
>
>DRIGGERS, SCHULTZ & HERBST
>
>By: */s/ Mark Kelley Schwartz*
>MARK KELLEY SCHWARTZ (P48058)
>Attorney for Plaintiff
>3331 W. Big Beaver Road, Suite 101
>Troy, MI 48084
>(248) 649-6000/Facsimile: (248) 649-6442
>MSchwartz@DriggersSchultz.com

DATED: June 22, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2022, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Mark K. Schwartz*
>Driggers, Schultz & Herbst